| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AVTAR SINGH THIND, | ) | |
| Plaintiff, | ) | No. C 05-4430 SI |
| | ) | |
| v. | ) | **STIPULATION TO EXTEND TIME** |
| | ) | **WITHIN WHICH THE DEFENDANT** |
| ROBERT DEVINE, Acting Director, | ) | **MUST FILE AN ANSWER** |
| United States Citizenship and Immigration Services, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension of time within which the Defendant must serve its answer in the above-entitled action. The extension is required because the parties are considering a possible resolution of the case, and need more time to analyze the issues.

On December 16, 2005, I spoke with plaintiff's attorney by telephone, and he stated that he does not object to a 30-day extension for Defendant's answer.

Defendant respectfully requests that the Court extend the due date for the answer until February 2, 2006.

///

Stip to Ext Time
C 05-4430 SI

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: December 20, 2005 | KEVIN V. RYAN<br>United States Attorney |
| 3 |  |  |
| 4 |  |  |
| 5 |  | /s/<br>ILA C. DEISS |
| 6 |  | Assistant United States Attorney<br>Attorney for Defendant |
| 7 |  |  |
| 8 | Dated: December 20, 2005 | /s/<br>JONATHAN KAUFMAN |
| 9 |  | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SUSAN ILLSTON
United States District Judge

*IT IS SO ORDERED*
*Judge Susan Illston*

Stip to Ext Time
C 05-4430 SI