KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVTAR SINGH THIND,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DEVINE, Acting Director, United States Citizenship and Immigration Services,<br><br>Defendant. | No. C 05-4430 SI<br><br>**STIPULATION TO EXTEND DATES and [PROPOSED] ORDER** |

Plaintiff, by and through his attorneys of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about November 1, 2005. Defendant's answer is currently due on February 2, 2006. This case is scheduled for a hearing on Plaintiff's motion for preliminary injunction on January 20, 2006 at 9:00 a.m..

2. The complaint alleges that Plaintiff's wife and children ("the beneficiaries") were not issued travel documents or forwarded a written notice explaining why the travel documents were denied relating to Plaintiff's approved Refugee Asylee Relative Petitions (Form I-730).

3. Accordingly, in order to allow sufficient time for USCIS to complete its adjudication of Plaintiff's Form I-730 Petitions, and to determine whether this matter can be resolved without

Case 3:05-cv-04430-SI Document 12 Filed 01/03/2006 Page 2 of 2

further litigation, the parties stipulate and request that the Court enter an order rescheduling the hearing on Plaintiff's motion for preliminary injunction from January 20, 2006 to February 10, 2006.

Respectfully submitted,

Dated: December 27, 2005

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendant

Dated: December 27, 2005

/s/
JONATHAN KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Susan Illston
Judge Susan Illston

Date: ____________________

United States District Judge