KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVTAR SINGH THIND, | ) |
| | ) |
|            Plaintiff, | )   No. C 05-4430 SI |
| | ) |
|           v. | ) |
| | ) |
| ROBERT DEVINE, Acting Director, | )   **STIPULATION TO DISMISS; AND** |
| United States Citizenship and Immigration | )   **[PROPOSED] ORDER** |
| Services, | ) |
| | ) |
|           Defendant. | ) |
| _____ | ) |

     Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of

record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

the adjudication of Plaintiff's derivative asylum applications.

     Each of the parties shall bear their own costs and fees.

///

///

///

Stip. to Dismiss
C 05-4430 SI

Date: January 20, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

Date: January 20, 2006

_____
/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

SUSAN ILLSTON
United States District Judge

*IT IS SO ORDERED*
*Judge Susan Illston*

Stip. to Dismiss
C 05-4430 SI